# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:       (212) 465-1188
                       cklee@leelitigation.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/21

August 3, 2021

**Via ECF**
The Honorable Barbara Moses, U.S.M.J.
United States District Court, S.D.N.Y.
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

> Re:   *Peral v. Brittgab Corp. et al*
>       Case No. 21-cv-01892

Dear Judge Moses:

We are counsel to Plaintiff and write to respectfully request a brief adjournment of the evidentiary hearing scheduled for August 23, 2021. The reason for the adjournment request is that the undersigned has a conflict with the scheduled hearing date due to a previously scheduled collective mediation with mediator Raymond Nardo on another case.

We have provided proposed alternate hearing dates to Defendants' counsel of August 24, August 31, or September 2, 2021, however Mr. Weiser has not responded regarding his availability on such dates, despite my colleague Anne Seelig having corresponded with him both yesterday, August 2, 2021, and today, August 3, 2021. There have been no previous requests for adjournment and Defendants have not responded regarding whether they consent or oppose the request. This request for adjournment will not affect any other scheduled dates or deadlines.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

Application GRANTED. The evidentiary hearing previously scheduled for August 23, 2021 is ADJOURNED to **August 24, 2021, at 12:00 p.m.** The parties shall promptly advise the Court if they have resolved their sanctions dispute. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
August 4, 2021