UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFAEL PERAL,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*
                Plaintiffs,

v.

BRITTIGAB CORP. d/b/a SABA'S PIZZA,
MOSHGAB CORP. d/b/a SABA's PIZZA,
PIZZA 84 LLC d/b/a MARINARA,
GABI OPERATING CORP. d/b/a MARINARA,
PIZZA 26 LLC d/b/a MARINARA,
PIZZA 54 INC. d/b/a MARINARA, and
GABRIEL WEISER,

                Defendants.

Case No: 21-CV-01892

**RULE 68 JUDGMENT**

---

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Brittigab Corp., Moshgab Corp., Pizza 84 LLC, Gabi Operating Corp., Pizza 26 LLC, Pizza 54 Inc., and Gabriel Weiser ("Defendants") having offered to allow Plaintiff Rafael Peral ("Plaintiff") to take a judgment against them, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), inclusive of liquidated damages and penalties, plus a reasonable amount of attorneys' fees and costs to be determined, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 16, 2021 and filed as Exhibit A to Docket Number 63;

    **WHEREAS**, on July 29, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 63);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Rafael Peral, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), plus a reasonable amount of attorneys' fees and costs to be determined, in accordance with the terms and

1

conditions of Defendants' Rule 68 Offer dated July 16, 2021 and filed as Exhibit A to Docket Number 63.

**SO ORDERED:**

Dated: August 24, 2021
      New York, New York

_____
Ronnie Abrams
United States District Judge